# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. EVAN J. HAMMERMAN, Defendant. | PO-23-5173-GF-JTJ  VIOLATIONS: E1728459 E1728460 Location Code: M13  ORDER |

Based upon the United States' motion to accept the defendant's payment of a $95 fine and $30 processing fee for violation E1728459 (for a total of $125), and for good cause shown, **IT IS ORDERED** that the $125 fine paid by the defendant is accepted as a full adjudication of violation E1728459.

**IT IS FURTHER ORDERED** that violation E1728460 is **DISMISSED.**

**IT IS FURTHER ORDERED** that the initial appearance scheduled for December 7, 2023, is **VACATED.**

DATED this 6th day of December, 2023.

John Johnston
United States Magistrate Judge